# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ANTHONY'S EXCAVATING, INC. | | |
| **Case Number:** | 4:13-BK-15955-BMW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 10, 2015 11:15 AM   COURTROOM 446 | | |
| **Bankruptcy Judge:** | BRENDA M. WHINERY | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | ANN MARIE VENTURA | | |

## *Matter:*

CONTINUED CONFIRMATION HEARING (set at hearing held 12/9/14) (CONT. FROM 1/15/15)

**R / M #:**   104 /  0

## *Appearances:*

ERIC OLLASON, ATTORNEY FOR ANTHONY'S EXCAVATING, INC.

## *Proceedings:*

MR. OLLASON STATES HE HAS UPLOADED AN AMENDED BALLOT REPORT, AN AMENDED DECLARATION, AND A STIPULATED ORDER OF CONFIRMATION WITH SIGNATURES.

COURT:  DISCUSSION IS HELD WITH COUNSEL REGARDING ADMINISTRATIVE CLAIMS.  ARE THERE ANY OTHER ADMINISTRATIVE CLAIMS, OTHER THAN YOUR FEES?

MR. OLLASON STATES HE DOESN'T THINK SO.

COURT:  THE ADMINISTRATIVE CLAIMS BAR DATE IS DISCUSSED.  IT WILL HAVE TO BE NOTICED OUT BY NEGATIVE NOTICE. THE OTHER ISSUES HAVE BEEN FIXED, THE ADMINISTRATIVE CLAIMS BAR DATE IS THE ONLY OUTSTANDING ISSUE.  THE PLAN WILL BE CONFIRMED.  ON THE CONFIRMATION ORDER, PROVIDE A NOTICE OF THE ADMINISTRATIVE CLAIMS BAR DATE, AND SET THAT 30 DAYS OUT, EITHER FROM THE ENTRY OF THE ORDER, OR THE EFFECTIVE DATE, A DATE CERTAIN COULD ALSO BE SET.  THE COURT WILL NOTE THAT A SEPARATE CLAIMS BAR DATE WILL BE SET.